2-2-2015

Dear Clerk
1st Ct. Appeals
Re: 01-11-0022 CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 6 2015

CHRISTOPHER A. PRINE
CLERK

I would like to know
the full fee At 10¢ A page
For A copy of my Reply Brief file
In Response to Allen Isbell (State)
Brief.

I need to also need to know the
Fee for A copy or Def's EXH. #5
Robbie Guerrelo's March 10, 2010
D.V.D R.R. 10CR1217 7-29-2011
FRANKS HEARING Vol. 2 of 2.

Thomas Flournoy

Clerk Of 14th Court Of Appeals.

2-2-15

I've Wrote your Office Numerous Times Requesting the Status Of my Writ Of MANDAMUS ; Number to my Writ AGAINST TRIAL COURT JUDGE lonnie cox.

I NEED TO KNOW the STATUS AND

Number to my writ
Because I would
like to ~~submit~~ sub-
mit Newly Discovered
Evidence Amber Guar-
nelo's 12-14-2014 Affidavit
which destroys Holly
Johnson/ Garcia's fab-
ricated #2010-13986 ;
the illegality (USCA 4,14)
Taking of Amber's ionia.
said affidavit was
filed in § 2254 3:14-cv-
0376. ~~Thomas~~



THOMAS FLORANCE #1729
2101 FM 369 North
Iowa Park, TX 76367

Regina 2-2-2

Ri Gi-11-00530CR (1ST)

Re: Richard Sammiormus (14th)
7700232065

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB -6 2015

CHRISTOPHER A. PRINE
CLERK

Clerk Of Court

Houston 1st Ct. Appeals
Clerk of 14th Ct. Appeals
301 Fannin St.

Houston, TX. 77008